### ARNOLD v. SERGEANT.

A plaintiff may amend his writ by striking out one of the plaintiffs.

ACTION for setting a fire in his own land, and suffering it to run into the plaintiffs and burn up their fences, timber, etc.

The defendant plead in abatement — That Amos Arnold one of the plaintiffs was an alien enemy, etc. which plea was judged sufficient. Upon which Nathan Arnold, the other plaintiff paid the cost, and moved to amend his writ by striking out the name of Amos Arnold; which was allowed by the court.